# United States District Court



FILED
SEP 1 3 2007

-------------------------------- DISTRICT OF  SOUTH DAKOTA --------------------------------
### SOUTHERN DIVISION

CLERK

UNITED STATES OF AMERICA,                                      CR. 07-40055-15

        Plaintiff,

                                                **ORDER**

    v.

BRANDON PIPPINGER,
a/k/a "Bam Bam"

        Defendant.

---

       This matter came before the court for hearing on the Superceding Indictment in the above matter on Thursday, September 13, 2007.  The defendant, Brandon Pippinger, appeared in person and by his counsel, Mary Giebink.  The United States appeared by Assistant United States Attorney, John Haak.

       It appears that Defendant is currently in the custody of the State of South Dakota.   Defendant appeared to answer these federal charges pursuant to a writ of habeas corpus ad prosequendum. In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held.  I conclude, however, that the detention issue is, for all practical purposes, moot because the defendant is currently in the custody of the State of South Dakota.  The Marshal shall return the Defendant to the custody of the State of South Dakota pending further proceedings in this matter.  If Defendant is released by the state before these federal proceedings are concluded, Defendant shall immediately be returned to this Court for further proceedings to determine whether he should be detained or released pending final resolution of the federal charges.

Dated: _Sept 13_____, 2007

                                           John E. Simko, United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk

By _Shelly Margulies_ , Deputy

(SEAL)