UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
SEP 2 1 2007
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07-40055-15 |
| Plaintiff, | ORDER CORRECTING DEFENDANT'S NAME |
| vs. | |
| BRANYON DALE PIPPENGER, a/k/a "Bam Bam," | |
| Defendant. | |

The Court having reviewed the Government's Motion to Correct Defendant's Name, and good cause appearing therefor, it is hereby

ORDERED that defendant's name on the Superseding Indictment and all subsequent pleadings in this matter shall be Branyon Dale Pippenger.

Dated this _21st_ day of September, 2007.

BY THE COURT:

_____
JOHN E. SIMKO
United States Magistrate Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: _____
                                    Deputy